PROB 22
(Rev. 12/13)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
8:17CR00305-1

**DOCKET NUMBER** *(Rec. Court)*
5:22-cr-00025-JGB

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**
Edgar Navarro-Aguirre

FILED
CLERK, U.S. DISTRICT COURT
01/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

**DISTRICT:** District of Nebraska
**DIVISION:** Omaha

**NAME OF SENTENCING JUDGE**
The Honorable Robert F. Rossiter, Jr.
Chief U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM: 07/19/2021
TO: 07/18/2023

**OFFENSE**
Possession with Intent to Distribute Fentanyl 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 18, 2022
*Date*

*/s/ Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr., *Chief U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01/19/2022
*Effective Date*

*/s/*
*United States District Judge*